

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00172-CV

**M&J BRAZOS VALLEY PROPERTY HOLDINGS,
LTD., AND MARK HOMEYER,**

                                                            **Appellants**

 **v.**

**CHRISTOPHER AND KATIE STAVINOHA,**

                                                            **Appellees**

**From the 21st District Court
Burleson County, Texas
Trial Court No. 27,466**

## ORDER

The Un-opposed Appellee's Motion for Substitution of Counsel was filed on June 25, 2018. The motion does not indicate that a copy was provided to the client in a manner of delivery authorized by the rule. TEX. R. APP. P. 6.5(b), (d). The Court simply reminds counsel of that obligation; but because the rule does not require counsel to certify compliance with that aspect of the rule to the Court, the Court will not deny the motion on that basis.

Accordingly, the Court grants the motion to substitute Srinivas "Vasue" Behara and Martha S. Dickie in place of Bill Youngkin, Matthew D. Doss, and the law firm, Youngkin & Doss, PLLC.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed July 3, 2018

